[No. 25766-1-II. Division Two. February 2, 2001.]

SCOTTSDALE INSURANCE COMPANY, *Appellant*, v. INTERNATIONAL PROTECTIVE AGENCY, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-2-09960-1, Brian M. Tollefson, J., entered February 25, 2000. *Reversed* by unpublished opinion per

Houghton, J., concurred in by Hunt, A.C.J., and Morgan, J. Now published at 105 Wn. App. 244.